# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

IN THE UNITED STATES DISTRICT COURT

FOR THE ___Southern___ DISTRICT OF ___Indianapolis___

*(stamp:)* FILED U.S. DISTRICT COURT INDIANAPOLIS DIVISION 2019 JAN 24 PM 3:16 SOUTHERN DISTRICT OF INDIANA LAURA A. BRIGGS CLERK

---

(Full name of plaintiff(s))

Jason Bishop

_____

_____

vs

(Full name of defendant(s))

Sheriff, michael Kreinhop, C/o Larry H,

Sheriff, Shane McHenry, Lt Guy Gnamaglia,

Lt, Rod McGown, Capt Dave Hall, Capt Winkler,

Doctor John Doe.

Case Number:

**4:19**-cv- **19** RLY -DML

(to be supplied by clerk of court)

---

A. **PARTIES**

1. Plaintiff is a citizen of ___Indiana___, and is located at

    (State)

    Dearborn County Law Enforcement center 301, w High St Lawrenceburg

    Indiana 47025    (Address of prison or jail)

    (If more than one plaintiff is filing, use another piece of paper).

2. Defendant ___Sheriff, Michael Kreinhop___

    (Name)

is (if a person or private corporation) a citizen of ___Indiana_____

(State, if known)

and (if a person) resides at ___3ol w. High. St Lawrenceburg, Indiana 47025___

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Dearborn County Sheriff 3ol w. High. St Lawrenceburg, Indiana 47025___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Claim #1: On 12/19/18 between 7:30 - 10:00 AM on CC 5 west Second dayroom Sallyport door Cuff Port, Corrections officer Larry H was Collecting razor's that were assigned to inmates. At this time Corrections officer Larry H allowed inmate Roberson to Keep his razor when he was not supposed to. On 12/19/18 between 5:00 - 7:00pm in front of the Control center Corrections officer Larry H. gave inmates Roberson and Parsons a baggie with several grams of bath salts / meth in a clear bowl that contained finger nail clippers, Paper towels. By way of the aforementioned Corrections officer Larry H Violated my 4th, 8th and 14th amendment rights to the United States Constitution. By giving inmate Roberson and Parsons, razors for weapons and drugs. I was stabbed by the razor that he gave to inmate Roberson.

Complaint - 2

Defendants Continued;

Defendant, Corrections officer Larry H, is a citizen of Indiana and resides at, 301 W. High. St Lawrenceburg Indiana 47025. Worked for Dearborn County Sheriff, 301 W. High. St Lawrenceburg Indiana 47025.

Defendant, Sheriff, Shane McHenry, is a citizen of Indiana and resides at, 301 W. High. St Lawrenceburg Indiana 47025. Worked for Dearborn County Sheriff, 301 W High St Lawrenceburg Indiana 47025.

Defendant, Lt Guy Gramaglia, is a citizen of Indiana and resides at, 301 W. High. St Lawrenceburg Indiana 47025. Worked for Dearborn County Sheriff, 301 W High. St Lawrenceburg Indiana 47025.

Defendant, Lt Rod McGown, is a citizen of Indiana and resides at, 301 W High St Lawrenceburg Indiana 47025. Worked for Dearborn County Sheriff, 301 W. High. St Lawrenceburg Indiana 47025

Defendant, Captain Dave Hall, is a citizen of Indiana and resides at, 301 W High St Lawrenceburg Indiana 47025. Worked for Dearborn County Sheriff, 301 W. High. St Lawrenceburg Indiana 47025.

Defendants Continued;

Defendant, Captain Winkler, is a Citizen of Indiana and resides at, 301 W. High St Lawrenceburg Indiana 47025. Worked for Dearborn County Sheriff, 301 W High St Lawrenceburg Indiana 47025.

Defendant, Doctor John Doe, is a Citizen of Indiana and resides at, 301 W High St Lawrenceburg Indiana 47025. Worked for Advance Medical Services at the Dearborn County Sheriff's department, 301 W High St Lawrenceburg Indiana 47025

Claim #2: On 12/21/18 at approximately 7:24 Am I wrote a request (VIA) IPad email to Lt. Guy Gramaglia and corrections officers advising them that inmates Roberson and Parsons had been up on bath/salts/meth and were threatening to stab me and other inmates in are dayroom. I advised in my request that inmates Roberson and Parsons in fact had razor blades and other weapons because I watched Corrections officer Larry H. allow inmate Roberson on 12/19/18 to Keep his razor "his exact words was get the writing off of it so they dont Know I gave it to you". On 12/21/18 between 7:30 - 9:30 Am corrections officer Steve Hotsteter Performed a cell check in both dayrooms on CC 5West Second dayroom upstairs and downstairs at which he took out a stainless steel case that covers the smoke detector and other items that could be used as weapons from Parsons and Robersons cell. After the cell check was Performed nothing was done to inmates Roberson or Parsons nor was myself or anyone else taken out of the bottom dayroom after notifying Correctional Supervisors and corrections officers. On 12/21/18 between 7:20 - 8:30 pm inmates Parsons, Roberson and Bates came into my dayroom downstairs when corrections officer Tim Hellmyer opened the door for Pm medication. when I returned from medication to my cell 2318 inmates Parsons, Roberson and Bates came in my cell "saying you are a snitch we need your Commissary Pin number or we are going to stab you whats up." I refused inmate Parsons Started Swinging the toothbrush struck me 3 times in my side, I attempted to Kick the toothbrush out of his hand when I did he struck me in the back of my foot, then inmate Roberson Started Kicking me in my left leg several times then they finally

Claim #2 continued; exited my cell. I hit the emergency call button officer Tim Hellmyer answered, I advised him what had just happened and to please shut my door for my safety and security at which he did. Corporal McIntosh was supervisor on duty, He Performed a shake down found razor blades, and Performed drug test on the aforesaid inmates results are unknown. By corrections officers ignoring my request and leaving me in direct harm after notifying them of threats, weapons, dangerous drugs. Sheriff michael Kreinhop, captain Dave Hall, Lt Guy Gramaglia, corrections officer Larry H. violated my 4th, 8th and 14th amendment rights to the united states constitution by way of the aforementioned.

Claim #3 Failure to train and supervise corrections officers at the Dearborn County Law Enforcement center. Supervising staff are failing to supervise and train corrections officers. A custom of constitutional violations are taking place and continue to happen each and everyday. Corrections officer Larry H is continuing to allow other inmates to keep razors in their cells when he is not supposed to on 01/13/19 between 6:00 - 7:15 PM he gives an inmate 2 razors to shave in the 5 East SallyPort inmate only returns one razor leaving it on window ledge brings one of the razors back to are dayroom. when he is in fact already under investigation for the aforementioned claims. I have written several grievance complaints, request forms to every supervisor, new sheriff. also been interviewed by a detective over the incident in claims 1, 2, at which I ask the detective why corrections officer Larry H

Claim #3 Continued; was still working CCS and advised him about him still giving razors to inmates putting all of us inmates lives in danger." He said we are trying to catch him bringing in drugs". Safety and Security should be more important. Leading up to this incident several Corrections officers have been fired, charged, ect with trafficking and other violations. A custom of Constitutional violations are taking place putting inmates lives in danger by supervising staff failing to train/supervise Corrections officers. By way of the aforementioned Sheriff Michael Kreinhop, Sheriff Shane McHenry, Captain Dave Hall, Captain Winkler, Lt Guy Gramaglia Lt Rod McGown Violated my 4th, 8th and 14th amendment rights to the United States Constitution.

Claim #4: On 12/11/18 I was booked into Dearborn County Law Enforcement Center. I advised Corrections officer Kevin Dailey that my religious Preference was "Jewish" that I recieve a religious "Kosher diet". He advised I would have to write Captain Dave Hall and get an approval. I wrote a request (VIA) IPad email requesting my "Kosher" religious diet Captain Dave Hall orders a "No Pork" muslim diet for me. I have filed several grievances requesting my "Kosher" diet. My complaints go unanswered. All other complaints get answered but those about my religious diet. By way of aforementioned Sheriff Michael Kreinhop, Sheriff Shane McHenry, Captain Dave Hall, Captain Winkler Violated my 1st, 4th and 14th amendment right to the United States Constitution.

Claim #5: on 01/03/19 I seen doctor John Doe for the Stabbing / Altercation that happened on 12/21/18. I advised doctor John Doe of my limited feeling and numbness in my left leg from my foot to my knee and that I was walking with a limp and had very limited mobility in my left leg. Doctor John Doe examined my cuts from the razor blades and my left leg and advised it was nerve damage but there was nothing he could do for me. He said nerve damage usually goes away if it's just a Pinched nerve in a couple weeks, I will check up on you in two weeks to check on you. I said doc it's getting worse daily and has been progressing up my leg. He ignored what I was saying. It has been longer then two weeks he has not checked on me the numbness is continuing to Progress. By way of aforementioned Doctor John Doe acted with "deliberate indifference" to my serious medical needs Violating my 4th, 8th and 14th amendment rights to the United States Constitution.

I have exhausted all my administrative remedies as required in the Prison Litigation reform Act (PLRA) See attached exhibits 1-8.

C.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.
                    OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
      different from the state citizenship of every defendant, and the amount of
      money at stake in this case (not counting interest and costs) is
      $_____.

D.    RELIEF WANTED

      Describe what you want the court to do if you win your lawsuit.  Examples may
      include an award of money or an order telling defendants to do something or
      stop doing something.

Compensatory and Punitive damages in the amount of
6 million dollars for Pain and Suffering and ongoing
nerve damage and scars from Stabbing. Injunctive relief
on Constitutional Violations.

Compensatory and Punitive damages in the amount of
1 million dollars for denial of religious Practices.
Also Injunctive relief

E.      JURY DEMAND

       ☒    Jury Demand - I want a jury to hear my case
                      OR

       ☐    Court Trial – I want a judge to hear my case

       Dated this __20th__ day of __January__ 20 _19_ .

         Respectfully Submitted,

         *Jason Bishop*
         Signature of Plaintiff

         _____
         Plaintiff's Prisoner ID Number

         DCLEC, 301 W. High. St
         Lawrenceburg, Indiana 47025
         (Mailing Address of Plaintiff)

         (If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5